NOVEMBER 15, 2005

No. 03–1559. BANK OF CHINA, NEW YORK BRANCH v. NBM L. L. C. ET AL. C. A. 2d Cir. [Certiorari granted, 545 U. S. 1138.] Writ of certiorari dismissed under this Court's Rule 46.1.

NOVEMBER 16, 2005

No. 05–7561 (05A444). THOMAS v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 17, 2005

No. 05A430. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER v. WHITE. C. A. 8th Cir. Application to stay the mandate, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

NOVEMBER 23, 2005

No. 04–928. OREGON v. GUZEK. Sup. Ct. Ore. [Certiorari granted, 544 U. S. 998.] Further consideration of respondent's motion to dismiss petition for writ of certiorari as improvidently granted deferred to the hearing of the case on the merits.